**Frank A. ELLIOTT, M.D.; Evelyn Elliot, Personal Representative for Frank A. Elliot, MD, Plaintiffs—Appellants,**

**v.**

**Galal S. GOUGH, M.D.; Whittier Healthcare Consultants, Inc., a California corporation; Sam Madation; Susan Togosyn; Hasmik Kupelyan; Meline Petrikian, d/b/a Promed Billing Service; Serrano Medical Clinic,**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

an unincorporated association; Farmers and Merchants Bank of Long Beach, a California corporation, Defendants—Appellees.

No. 06–55079.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Oct. 15, 2007.

Filed Oct. 19, 2007.

Alexander Kirkpatrick, Esq., Tom Curtis, Esq., Curtis Green & Furman, Pasadena, CA, for Plaintiffs-Appellants.

Sharon Ben–Shahar, Esq., Bird Marella Boxer Wolpert Nessim Drooks & Lincenberg, PC, Los Angeles, CA, Dmitry Y. Gurovich, Esq., Gurovich & Associates, Sherman Oaks, CA, Michael Leight, Esq., John Gloger, Esq., Michael Leight Law Offices, Long Beach, CA, for Defendants–Appellees.

Before: KOZINSKI, TASHIMA, and McKEOWN, Circuit Judges.

MEMORANDUM *

The panel affirms the decision of the district court for the reasons set out in its Order of December 16, 2005.

AFFIRMED.